UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH W. COLE,

    Petitioner,

v.

WILLIAM MUNIZ, Warden,

    Respondent.

No. C 14-4110 EDL (PR)

**ORDER OF DISMISSAL**

On September 10, 2014, petitioner, a state prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. That same day, the a Clerk's Notice was sent to the petitioner notifying him that he had not signed his petition. The Notice advised petitioner that he must submit a signed petition for writ of habeas corpus within twenty-eight days or the case would be dismissed. More than twenty-eight days have passed and petitioner has not filed a signed petition for writ of habeas corpus.

Accordingly, this case is DISMISSED without prejudice. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: November 4, 2014.

    ELIZABETH D. LAPORTE
    United States Chief Magistrate Judge

P:\PRO-SE\EDL\HC.14\Cole110dispet.wpd